**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lemond C. Adams                              CHAPTER 13
       Susan R. Adams
              Debtor(s)                              BKY. NO. 18-13060 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                      Respectfully submitted,
                      **/s/ Rebecca A. Solarz Esquire**
                      Rebecca A Solarz, Esquire
                      Kevin G. McDonald, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322