# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lemond C. Adams<br>　　　　Susan R. Adams<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Nissan Motor Acceptance Corporation<br>　　　　　　Moving Party<br>　vs. | NO. 18-13060 ELF |
| Lemond C. Adams<br>Susan R. Adams<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

# O R D E R

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) to permit the Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Nissan Maxima, VIN: 1N4AA6AP8HC432061 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

　　　**Order entered by default.**

Date: 6/17/20

　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**