United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13060-elf
Lemond C Adams                                                            Chapter 13
Susan R Lipson
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 1            Date Rcvd: Jun 17, 2020
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db/jdb         +Lemond C Adams,    Susan R Lipson,    4656 Plough Tavern Rd,    Doylestown, PA 18902-9633
cr             +ReliaMax Surety Company, in Liquidation,    3801 W Technology Circle,
                 Sioux Falls, SD 57106-4233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2020 04:26:00
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2020 04:26:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2020 04:27:39     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              MITCHELL LEE CHAMBERS, JR.   on behalf of Debtor Lemond C Adams ecfbc@comcast.net,
               paecfbc@gmail.com
              MITCHELL LEE CHAMBERS, JR.   on behalf of Joint Debtor Susan R Lipson ecfbc@comcast.net,
               paecfbc@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Lemond C. Adams<br>         Susan R. Adams<br>                    Debtor(s) | CHAPTER 13 |
| Nissan Motor Acceptance Corporation<br>                    Moving Party<br>    vs. | NO. 18-13060 ELF |
| Lemond C. Adams<br>Susan R. Adams<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

**O R D E R**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) to permit the Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Nissan Maxima, VIN: 1N4AA6AP8HC432061 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

          **Order entered by default.**

Date:  6/17/20

_____
          **ERIC L. FRANK
          U.S. BANKRUPTCY JUDGE**