IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lemond C Adams and Susan R Lipson<br>　　Debtors, | BANKRUPTCY CASE NUMBER<br>18-13060-elf |
| Andrews Federal Credit Union<br>　　Movant.<br>v. | CHAPTER 13 |
| Lemond C Adams and Susan R Lipson<br>　　Debtors/Respondents, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　Additional Respondent. | |

## **MOTION TO WITHDRAW**

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Andrews Federal Credit Union's Transfer of Claim Other than for Security filed with the Court on March 18, 2022, Docket No. 49.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lemond C Adams and Susan R Lipson<br>    Debtors,<br><br>Andrews Federal Credit Union<br>    Movant.<br>v.<br><br>Lemond C Adams and Susan R Lipson<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-13060-elf<br><br>CHAPTER 13 |

## **ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Movant's Motion to Withdraw Transfer of Claim Other than for Security filed with the Court on March 18, 2022, Docket No. 49, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lemond C Adams and Susan R Lipson<br>        Debtors,<br><br>Andrews Federal Credit Union<br>        Movant.<br>v.<br><br>Lemond C Adams and Susan R Lipson<br>        Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>        Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-13060-elf<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

     I, <u>Lorraine Gazzara Doyle,</u> an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Motion to Withdraw Transfer of Claim by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this _____28th_____ day of <u>November</u>, 2022:

Lemond C Adams
4656 Plough Tavern Rd
Doylestown, PA 18902

Susan R Lipson
4656 Plough Tavern Rd
Doylestown, PA 18902

Mitchell Lee Chambers, Jr., Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
ecfbc@comcast.net; chamberslaw@comcast.net - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

     I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lorraine Gazzara Doyle
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com