Certificate Number: 15111-PAE-DE-037411290

Bankruptcy Case Number: 18-13060



15111-PAE-DE-037411290

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2023, at 1:36 o'clock PM EDT, Susan R Lipson completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 8, 2023

By: /s/Hussain Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education