**UNITED STATES BANKRUPTCY COURT**
Eastern District Of Pennsylvania

**IN RE:** SUSAN R LIPSON; LEMOND C ADAMS                **CASE NO:** 1813060

**NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS**

   Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 3 from the Chapter 13 Trustee should be sent to the following address:

| **OLD Payments Address:** | **NEW Payments Address:** |
|---|---|
| Wells Fargo Bank, N.A., Wells Fargo Educational Services<br>301 E 58th Street N<br>Sioux Falls SD 57104 | Wells Fargo Bank, N.A. - Wells Fargo Education Financial Services<br>PO Box 564300<br>Charlotte, NC 28256-9914 |

/s/  Kevin T. Cunningham
Kevin T. Cunningham
**Wells Fargo Bank, N.A.**
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438
Telephone: 1-866-834-7960
Email address: EFSBankruptcy@wellsfargo.com

BKCOADDR (03/2023)