United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                     Case No. 18-13060-amc
Lemond C Adams                                                                      Chapter 13
Susan R Lipson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                           User: admin                                             Page 1 of 4
Date Rcvd: Jun 20, 2023                             Form ID: 138OBJ                                 Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lemond C Adams, Susan R Lipson, 4656 Plough Tavern Rd, Doylestown, PA 18902-9633 |
| 14103141 | | City of Philadelphia, Law Department, One Parkway Building, 1515 Parkway Building, Philadelphia, PA 19102 |
| 14103143 | + | DOYLESTOWN TAXING AUTHORITY, P.O. BOX 2002, Doylestown, PA 18901-0609 |
| 14103145 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14103148 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti, 2901 Kinwest Parkway, Irving, TX 75063 |
| 14505150 | + | Nissan Motor Acceptance Corporation, C/O Rebecca Ann Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14110789 | | RSLFC on behalf of ReliaMax, 5400 E 54th St North, Sioux Falls, SD 57104 |
| 14103150 | + | Reunion Student Loan F, 105 1st Ave Sw, Aberdeen, SD 57401-4014 |
| 14671775 | + | Security Credit Services LLC: accounting, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 14222037 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14786114 | + | Wells Fargo Bank, N.A. - Wells Fargo Education, Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |
| 14747504 | + | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |
| 14103157 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14103133 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 21 2023 05:43:00 | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 14103134 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 21 2023 05:43:00 | ANDREW FEDERAL CREDIT UNION, 5711 ALLENTOWN ROAD, Suitland, MD 20746-4547 |
| 14671774 | | Email/Text: bnc@atlasacq.com | Jun 21 2023 05:43:00 | Atlas Acquisitions LLC, on behalf of Security Credit Services LL, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14104360 | | Email/Text: ally@ebn.phinsolutions.com | Jun 21 2023 05:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14621375 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2023 05:46:41 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14185997 | + | Email/Text: bankrupt@andrewsfcu.org | | |

Case 18-13060-amc    Doc 63    Filed 06/22/23    Entered 06/23/23 00:41:01    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 21 2023 05:43:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 14162091 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 21 2023 05:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14103135 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2023 05:43:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14103136 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2023 05:43:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14103138 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 05:46:55 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14215071 | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | CITY OF PHILADELPHIA, ATTENTION LAW DEPARTMENT, 1401 JFK BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102 |
| 14224250 | + | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14103140 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 05:57:32 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14676992 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 21 2023 05:43:00 | Andrews Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14103144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 05:57:22 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14162093 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14109484 | | Email/Text: mrdiscen@discover.com | Jun 21 2023 05:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14103142 | + | Email/Text: mrdiscen@discover.com | Jun 21 2023 05:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14103139 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 21 2023 05:46:23 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14163295 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:47:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14131018 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:57:27 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14131012 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2023 05:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14164104 | | Email/PDF: pa_dc_claims@navient.com | Jun 21 2023 05:46:58 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14103146 | + | Email/PDF: pa_dc_claims@navient.com | Jun 21 2023 05:46:41 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14103147 | + | Email/PDF: pa_dc_claims@navient.com | Jun 21 2023 05:57:23 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14121200 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 21 2023 05:43:00 | Navient Solutions, LLC on behalf of, Great Lakes Higher Education, Guaranty Corp. GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14105534 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 21 2023 05:43:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14164413 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 18-13060-amc   Doc 63   Filed 06/22/23   Entered 06/23/23 00:41:01   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14103149 | + | Email/Text: bnc@nordstrom.com | Jun 21 2023 05:43:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| | | | Jun 21 2023 05:43:13 | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14161062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2023 05:57:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14103808 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 21 2023 05:47:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14126787 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14111091 | + | Email/Text: bankruptcy@bbandt.com | Jun 21 2023 05:43:00 | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14103151 | + | Email/Text: bankruptcy@bbandt.com | Jun 21 2023 05:43:00 | Suntrust Bank, Po Box 85526, Richmond, VA 23285-5526 |
| 14103152 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:57:33 | Syncb/banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 14103153 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:57:31 | Syncb/mattress Firm In, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14103154 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:57:33 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 14753175 | + | Email/Text: EBN@edfinancial.com | Jun 21 2023 05:43:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14165130 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2023 05:46:40 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14103155 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:57:22 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 14103156 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:46:58 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 14107215 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:57:32 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14110536 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:57:28 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14122836 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:46:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14103158 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:57:32 | Wf Pll, P.o. Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14103137 | | Cap1/bstby |
| 14671776 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of Security Credit Services LL, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14123251 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14467215 | ##+ | ReliaMax Surety Company, in Liquidation, 3801 W Technology Circle, Sioux Falls, SD 57106-4233 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 60

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Andrews Federal Credit Union ldoyle@logs.com  cistewart@logs.com;LOGSECF@logs.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Joint Debtor Susan R Lipson ecfbc@comcast.net  paecfbc@gmail.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Lemond C Adams ecfbc@comcast.net  paecfbc@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lemond C Adams and Susan R Lipson
       Debtor(s)                                   Case No: 18−13060−amc
                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                              Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/20/23

                                                                                              62 − 59
                                                                                        Form 138OBJ