United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-13060-amc
Lemond C Adams  Chapter 13
Susan R Lipson
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lemond C Adams, Susan R Lipson, 4656 Plough Tavern Rd, Doylestown, PA 18902-9633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Andrews Federal Credit Union ldoyle@logs.com  cistewart@logs.com;LOGSECF@logs.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Joint Debtor Susan R Lipson ecfbc@comcast.net  paecfbc@gmail.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Debtor Lemond C Adams ecfbc@comcast.net  paecfbc@gmail.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 20, 2023 | Form ID: 234 | Total Noticed: 1 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lemond C Adams and Susan R Lipson
       Debtor(s)                                  Case No:18−13060−amc
                                                                          Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                                                     For The Court

                                                                                                     Timothy McGrath,
                                                                                                     Clerk of Court

Date: 6/20/23