United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-13060-amc

Lemond C Adams                                                                Chapter 13

Susan R Lipson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lemond C Adams, Susan R Lipson, 4656 Plough Tavern Rd, Doylestown, PA 18902-9633 |
| 14103143 | + | DOYLESTOWN TAXING AUTHORITY, P.O. BOX 2002, Doylestown, PA 18901-0609 |
| 14110789 | | RSLFC on behalf of ReliaMax, 5400 E 54th St North, Sioux Falls, SD 57104 |
| 14671775 | + | Security Credit Services LLC: accounting, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 14222037 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 15 2023 00:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 15 2023 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2023 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14104360 | | EDI: GMACFS.COM | Jul 15 2023 04:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14162091 | + | EDI: BANKAMER2.COM | Jul 15 2023 04:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14215071 | | Email/Text: megan.harper@phila.gov | Jul 15 2023 00:46:00 | CITY OF PHILADELPHIA, ATTENTION LAW DEPARTMENT, 1401 JFK BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102 |
| 14224250 | + | Email/Text: megan.harper@phila.gov | Jul 15 2023 00:46:00 | CITY OF PHILADELPHIA and/or Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| 14676992 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 15 2023 00:45:00 | Andrews Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14162093 | | EDI: Q3G.COM | Jul 15 2023 04:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14109484 | | EDI: DISCOVER.COM | Jul 15 2023 04:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14163295 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:50:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 29

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14131018 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:50:38 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14131012 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14164104 | | EDI: NAVIENTFKASMSERV.COM | Jul 15 2023 04:46:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14121200 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 15 2023 00:45:00 | Navient Solutions, LLC on behalf of, Great Lakes Higher Education, Guaranty Corp. GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14105534 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 15 2023 00:45:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14164413 | + | EDI: JEFFERSONCAP.COM | Jul 15 2023 04:47:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14161062 | | EDI: PRA.COM | Jul 15 2023 04:46:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14126787 | | EDI: Q3G.COM | Jul 15 2023 04:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14111091 | + | Email/Text: bankruptcy@bbandt.com | Jul 15 2023 00:45:00 | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14753175 | + | Email/Text: EBN@edfinancial.com | Jul 15 2023 00:45:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14165130 | + | EDI: AIS.COM | Jul 15 2023 04:47:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14107215 | | EDI: WFFC2 | Jul 15 2023 04:46:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14110536 | + | EDI: WFFC2 | Jul 15 2023 04:46:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14122836 | | EDI: WFFC2 | Jul 15 2023 04:46:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14123251 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2                    User: admin                                    Page 3 of 3
Date Rcvd: Jul 14, 2023                  Form ID: 3180W                          Total Noticed: 29

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Joint Debtor Susan R Lipson ecfbc@comcast.net  paecfbc@gmail.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Lemond C Adams ecfbc@comcast.net  paecfbc@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lemond C Adams** | Social Security number or ITIN   xxx–xx–8627 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 | **Susan R Lipson** | Social Security number or ITIN   xxx–xx–2002 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   18–13060–amc

---

## Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lemond C Adams                              Susan R Lipson

<u>7/13/23</u>                              **By the court:** <u>Ashely M. Chan</u>
                                           United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**