United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-13060-amc

Lemond C Adams                                                                      Chapter 13

Susan R Lipson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lemond C Adams, Susan R Lipson, 4656 Plough Tavern Rd, Doylestown, PA 18902-9633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 19 2023 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2023 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2023                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0313-2                           User: admin                                    Page 2 of 2

Date Rcvd: Oct 18, 2023                        Form ID: 138FIN                                Total Noticed: 3

CHRISTOPHER A. DENARDO
                    on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MITCHELL LEE CHAMBERS, JR.
                    on behalf of Debtor Lemond C Adams ecfbc@comcast.net  paecfbc@gmail.com

MITCHELL LEE CHAMBERS, JR.
                    on behalf of Joint Debtor Susan R Lipson ecfbc@comcast.net  paecfbc@gmail.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lemond C Adams and Susan R Lipson

            Debtor(s)

Case No: 18−13060−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/18/23